# EXHIBIT L

**Exclusive Distributor Agreement**

This EXCLUSIVE DISTRIBUTOR AGREEMENT made on this 21 day of July in the year 2006 by and between:

JSC Spartak (hereinafter referred to as the "OWNER"), a Republic of Belarus Joint Stock Company with its principal place of business at 63 Sovetskaya Street, in the City of Gomel, Republic of Belarus

And

Desly International Corp. (hereinafter referred to as the "DISTRIBUTOR"), A New York Corporation with its principal place of business at 242 47th Street, Brooklyn, New York.

WHEREAS, Owner is the manufacturer of confectionery products in the Republic of Belarus and (the "Products") and desires to grant Distributor the exclusive right to market and distribute the Products in all of the United States, South America and Canada; and

WHEREAS, Distributor is in the business of marketing and distributing confectionery products to have Owner grant to it the right to market and distribute the Products.

NOW, THEREFORE, in consideration of the mutual promises set forth herein, the parties hereto agree as follows:

**Договор о предоставлении эксклюзивных прав**

Данный ДОГОВОР О ПРЕДОСТАВЛЕНИИ ЭКСКЛЮЗИВНЫХ ПРАВ заключен 21 Июля 2006 года между следующими лицами:

СП ОАО "Спартак" (в дальнейшем именуемое "ПОСТАВЩИК"), открытое акционерное общество с юридическим адресом Республика Беларусь, город Гомель, ул. Советская, 63.

И

Desly International Corp. (в дальнейшем именуемое "ДИСТРИБЬЮТОР"), Нью Йоркская компания с юридическим адресом Нью Йорк, Бруклин, 242 47-я улица.

Являясь производителем кондитерских изделий в Республике Беларусь ("Продукция"), ПОСТАВЩИК предоставляет ДИСТРИБЬЮТОРУ эксклюзивные права на продажу Продукта на всей территории Соединенных Штатов Америки, Южной Америки и Канады; и

ДИСТРИБЬЮТОР занимается реализацией кондитерских изделий на рынке, и ПОСТАВЩИК предоставляет право ДИСТРИБЬЮТОРУ на представление интересов ПОСТАВЩИКА по реализации Продукта

Таким образом, учитывая данные, друг другу обещания, стороны договорились о следующем:

1

# 1. DEFENITIONS

As used in this Agreement:

(a) The term "Agreement" means this Agreement including all the Appendices attached hereto;

(b) The term "Products" means confectionery products manufactured by Owner and selected by Distributor in such assortment and quantities as Distributor shall deem appropriate and order from Owner in writing;

(c) The term "Area" means the territory of the continent of all of the United States, South America and Canada;

(d) The term "Customer" means any wholesaler, reseller and/or consumer of the Products;

(e) The term "Documentation" means the marketing materials, which Owner has published or may publish, during the term of this Agreement, for promotion of the Products;

(f) The term "Effective Date" means the date upon which this Agreement is executed by the last party to sign;

# 1. ОПРЕДЕЛЕНИЯ

В данном Договоре упоминаются следующие термины:

(a) Под термином "Договор" подразумевается данный Договор вместе со всеми приложениями;

(б) Под термином "Продукция" подразумеваются кондитерские изделия, произведенные Поставщиком и отобранные Дистрибьютором в необходимом ему количестве и ассортименте, запрошенном Дистрибьютором в письменной форме у Поставщика;

(в) Под термином "Территория" подразумевается вся территория Соединенных Штатов Америки, Южной Америки и Канады;

(г) Под термином "Покупатель" подразумевается любой оптовый продавец, посредник и/или потребитель Продукции;

(д) Под термином "Документация" подразумеваются рекламные материалы, уже напечатанные Поставщиком или же те, которые он может напечатать с целью продвижения Продукции в течение срока действия данного Договора;

(е) Под термином "Дата вступления в силу" подразумевается дата подписания данного Договора последней из сторон;

2

SPTK-000301

(g) The term "Enhancements" means all improvements, changes, revisions, modifications, and replacements and updates relating to Owner's Products and Documentation;

(h) The term "Inventions" means discoveries, improvements and ideas (regardless of whether or not patentable or copyrightable) relating to any part of the business or activities of Owner;

(i) The term "Competitor" means any person, firm or organization (or division thereof) engaged in or about to become engaged in research on or the production and/or sale of any product with which Distributor's license with Owner has been directly concerned, or with respect to which Distributor has acquired Confidential Information by reason of Distributor's license with Owner;

(j) The terms "Business or Activities" of Owner means present and past areas of involvement as described in 1 (h), above;

(k) The term "Confidential Information" means any information, technical data or know-how of Owner, including without limitation, Owner's customers, mailing lists, research, products, software, services,

(ж) Под термином "Развитие" подразумеваются все улучшения, изменения, доработки и замены в отношении Продукции и Документации Поставщика;

(з) Под термином "Нововведения" подразумеваются улучшения, открытия и идеи (вне зависимости, являются ли они патентуемыми и подчиняются ли закону об авторском праве), имеющие отношение к любой из областей бизнеса или деятельности Поставщика;

(и) Под термином "Конкурент" подразумевается любой человек, фирма или организация (или их подразделение), задействованные или собирающиеся быть задействованными в исследованиях, производстве и/или продаже любой из продукции, которая подходит под определение договора между Дистрибьютором и Поставщиком, или относительно которой Дистрибьютор приобрел Конфиденциальную Информацию.

(к) Под термином «Бизнес или Деятельность" Поставщика подразумевается прежняя либо нынешняя сфера деятельности, описанная выше в п. 1;

(л) Под термином "Конфиденциальная Информация" подразумевается любая информация, технические данные или разработки Поставщика, включая клиентскую базу, список адресатов,

3

SPTK-000302

development, engineering, marketing or finances which is disclosed by Owner whether directly or indirectly in writing, orally or by drawings or inspections of parts or equipment to the Distributor.

## 2. Distribution Right

### 2.1 Distribution right

Upon the terms and subject to the conditions of this Agreement, Owner hereby grants to Distributor an exclusive, transferable right to market and distribute the Products. Distributor shall only distribute the Products to Customers in the packaging provided by Owner.   Distributor shall not repackage, modify nor create or attempt to create, by reverse engineering or otherwise, the Products supplied hereunder, or adapt the Products in any way or for use to create derivative Products.   Distributor may not, and may not permit Customers to, use, reproduce, and sublicense, distribute or dispose of the Products, in whole or in part, except as expressly permitted under this Agreement.

### 2.2 The Territory

Distributor may market and distribute the Products solely within the geographical

проводимые   исследования,   продукцию, программное   обеспечение, предоставляемые   услуги,   направления развития,   инженерные   разработки, маркетинг или финансы, разглашенные Дистрибьютору Поставщиком напрямую, в   письменной   или   устной   форме,   с помощью чертежей, а так же во время обследования деталей оборудования.

## 2. Право на продажу

### 2.1 Право на продажу

Исходя из условий и предмета данного Договора,   Поставщик   наделяет Дистрибьютора   эксклюзивным, передаваемым правом представлять свои интересы и распространять Продукцию на рынке.   Дистрибьютор   обязан распространять   Продукцию исключительно   в   упаковке, предоставленной   Поставщиком. Дистрибьютор не вправе переупаковывать, изменять, создавать или пытаться создать производную Продукцию. Дистрибьютор не вправе перепроизводить продукцию или её производные как самостоятельно, так и не вправе разрешать подобные действия Покупателям, кроме, если это разрешено данным Договором.

### 2.2 Территория

Дистрибьютор   может   распространять Продукцию   исключительно   в

4

limits of the continent of the United States, Canada and South America (the "Territory"). Nothing contained in Agreement shall prohibit Owner from distributing the Products or from appointing any third party (ies) to do same outside the Territory.

Соединенных Штатах Америки, Канаде и в Южной Америке ("Территория"). Данный Договор не может препятствовать Поставщику, распространять Продукцию или назначить любое третье лицо делать то же самое за пределами Территории.

## 2.3 Product Changes

Owner retains the right, in its sole discretion, to upgrade or modify the Products from time to time upon thirty (30) days' prior written notice to Distributor. Upon receipt of any such notice of an upgrade or modification, or upon the expiration of the notice period set forth above, Distributor shall cease to market earlier versions of the Products.

## 2.3. Изменения Продукции

Поставщик оставляет за собой право по желанию модернизировать или изменять Продукцию после предварительного письменного уведомления Дистрибьютора за тридцать (30) дней до этого. По получении любого подобного уведомления о модернизации или модификации, или же после истечения периода вышеупомянутого уведомления, Дистрибьютор должен прекратить распространение более ранних версий Продукции.

## 2.4 The Right to Use Trademark and Trade Name

Any and all trademarks and trade names, which Owner uses in connection with the rights granted hereunder, are and remain the exclusive property of Owner.   Nothing contained in this Agreement shall be deemed to give Distributor any right, title or interest in any trademark or trade name of Owner relating to the Products. Subject to notice from Owner in writing, which modifies or cancels such authorization, during the term of this Agreement, Distributor may use the trademarks and

## 2.4 Право на использование Торговой Марки и Торгового Имени

Любые из Торговых Марок и Торговых Имен, которые Поставщик использует, в соответствии с предоставленным правом, являются и остаются исключительной собственностью Поставщика. Ничто из прописанного в данном Договоре не может дать Дистрибьютору права на любую из Торговых Марок и Торговых Имен и на процент от них. В случае письменного уведомления Дистрибьютора, которое изменяет или отменяет данное условие, в течение срока

5

trade names specified by Owner in writing for normal advertising and promotion of Products.

данного Договора Дистрибьютор может использовать Торговые Марки и Торговые Имена, определенные Поставщиком в письменной форме, в целях рекламы и продвижения Продукта на рынке.

## 3. BEST EFFORTS

The Distributor acknowledges that the territory is the area of its principal responsibility and agrees to use its best efforts to promote the sale of the Owner's Products and the goodwill of Owner in the territory.

## 3. ЗНАЧИМОСТЬ

Дистрибьютор признает, что Территория - область его основной ответственности, и соглашается прилагать все возможные усилия, чтобы обеспечить продажу Продукции Поставщика по Территории.

## 4. OWNER'S PRODUCTS

Owner's Products referred to in this Agreement includes those all Products manufactured by Owner.

## 4. ПРОДУКЦИЯ ПОСТАВЩИКА

Продукция Поставщика, упомянутая в данном Договоре, включает весь выпускаемый поставщиком ассортимент.

## 5. PROMOTIONAL AND MATERIALS

5.1 Materials

Owner agrees to supply to Distributor, without charges, a limited number of Owner's current sales promotion materials, and any other materials that may be required for the sale of Owner's Products.

## 5. ПРОДВИЖЕНИЕ НА РЫНКЕ И МАТЕРИАЛЫ

5.1 Рекламные Материалы

Поставщик соглашается бесплатно поставлять Дистрибьютору определенное количество рекламных материалов, а также любых других материалов, которые могут потребоваться в целях продажи Продукции Поставщика.

5.2 Reproduction and Alteration

The Distributor may reproduce the materials described in 5.1, above, for the purpose of

5.2 Воспроизводство и Изменение

Дистрибьютор может воспроизводить рекламные материалы, упомянутые в

6

promoting Owner's Products. However, the Distributor may NOT alter Owner's promotional and sales material without the prior written consent of Owner. The Distributor is allowed the limited right to remote the Owner address, telephone and fax numbers located on selected promotional materials and replace with Distributor's own reference.

пункте 5.1, в целях продвижения Продукции Поставщика. Однако Дистрибьютор не может изменять рекламные материалы Поставщика без его предварительного письменного согласия. Дистрибьютору предоставляется ограниченное право на замену контактных данных Поставщика (адреса, номера телефона и факса), расположенных на рекламных материалах, на собственные контактные данные.

## 6. PRICE, PAYMENT AND SHIPMENT

### 6.1 Price

Owner shall, in its sole discretion, establish the price for the Products (the "Prices") and the current Prices are set forth in separate price lists submitted by Owner to Distributor. Owner may increase or decrease the Prices upon ninety (90) days' written notice to Distributor. However, no price increase shall be effectively for an order that has already been placed and accepted.

### 6.2 Orders, Payment and Shipment

Upon Owner's receipt of a written order from Distributor (each an "Order"), Owner shall ship to Distributor the designated assortment and quantities of the Products. At Distributor's expense, the Products shall be shipped by Owner to Distributor F.O.B.

## 6. ЦЕНА, ОПЛАТА И ОТГРУЗКА

### 6.1 Цена

Поставщик, по собственному усмотрению, устанавливает цену на Продукцию ("Цены"), и текущие Цены определены в отдельных прейскурантах, предоставленных Поставщиком Дистрибьютору. Поставщик может повысить или понизить Цены после письменного уведомления Дистрибьютора за девяносто (90) дней до этого. Однако повышение цен не должно вступить в силу для заказа, который уже был сделан и принят.

### 6.2 Заказы, Оплата и Отгрузка

После получения Поставщиком письменного заказа от Дистрибьютора (каждый-"Заказ"), Поставщик должен отправить Дистрибьютору определенный ассортимент и количество Продукции. За счет Дистрибьютора Продукция должна

7

origin, freight pre-paid, with risk of loss to pass to distributor upon delivery of the Products by Owner to a common carrier, unless otherwise agreed upon by the parties. The terms and conditions of this Agreement shall apply to all Orders submitted to Owner by distributor and supersede any different or additional terms on any distributor Order form.   Orders issued by Distributor to Owner are solely for the purpose of requesting delivery dates and quantities. All Orders shall be subject to acceptance by owner.

Owner shall use reasonable efforts to deliver accepted Orders. Full payment of the of the Price for all Orders of the Product and associated shipping costs are due and payable by Distributor to Owner shall be due and payable sixty (60) days from the date of the invoice.

### 6.3 Inspection and Acceptance

Distributor shall inspect all Products immediately upon delivery and shall, within fifteen (15) calendar days after receipt of the Products, give written notice to the common carrier and Owner of any claim for damages or shortages, Distributor shall give written notice to Owner within forty (40) calendar days of delivery in the event that any Product does not conform with the terms of this Agreement.  If Distributor fails to give any such notice the Products shall be deemed acceptance for all purposes of this Agreement.

быть отправлена Поставщиком в пункт назначения Дистрибьютора, с предварительно оплаченными грузовыми расходами, если нет иного соглашения между сторонами. Сроки и условия данного Договора должны применяться ко всем Заказам, подтвержденным Поставщиком Дистрибьютору, и заменяют любые различные или дополнительные сроки на любом бланке заявки Дистрибьютора. Заказы Дистрибьютора Поставщику - исключительно для запроса информации о датах поставок и количестве. Все Заказы принимаются только в соответствии с решением Поставщика.

Поставщик должен прилагать все усилия для выполнения поставки принятых Заказов. Полная оплата за все Заказы, а также оплата попутных затрат по доставке должна быть произведена Дистрибьютором Поставщику в течение шестидесяти (60) дней от даты счет фактуры.

### 6.3 Приемка груза

Дистрибьютор должен осмотреть всю Продукцию сразу же после поставки и, в течение пятнадцати (15) календарных дней после получения Продукции, должен предоставить письменное уведомление о любой своей претензии по повреждениям и недостачам транспортной службе и Поставщику. Дистрибьютор должен дать письменное уведомление Поставщику в течение сорока (40) календарных дней с момента поставки, в случае если любая Продукция не соответствует условиям данного Договора. Если Дистрибьютор не

8

предоставляет подобное уведомление, Продукция будет считаться принятой для всех целей, указанных в данном Договоре.

## 6.4 Taxes

In addition to the Price and other fees payable hereunder, Distributor shall pay any federal, state, local or other duties and excise taxes, now or hereafter applied on the sale, transportation, import, export, licensing or use of the Products including sales tax, value added tax or similar tax. Owner shall pay all taxes in connection with the manufacturing of the Products and shipping the same from the Republic of Belarus.

## 6.4 Налоги

В дополнение к Цене и другим сопутствующим выплатам, Дистрибьютор должен платить федеральные, государственные, местные или другие задолженности и налоги, взимаемые за продажу, транспортировку, импорт, экспорт, лицензирование или использование Продукции, включая налог на продажи, налог на добавленную стоимость или же подобный ему налог. Поставщик должен платить все налоги, связанные с производством Продукта, а также его отгрузкой из Республики Беларусь.

## 6.5 Commission

The Distributor shall not receive a sales commission from Owner base upon the current price list at time of order, but is not limited as to setting any profit margin for itself in reselling the Product to Customers.

## 6.5 Комиссионные

Дистрибьютор не должен получать комиссионные от продаж от Поставщика по текущему прейскуранту во время заказа, но не ограничен относительно урегулирования величины прибыли для себя в перепродаже Продукции Клиентам.

## 6.6 "Trial Basis" Sales and Return Policy

Returns of any item from the Distributor or its customer require prior approval of Owner. All "Trial Basis" products sales that may be offered from time to time by Owner through its Distributor must be directed through the Distributor back to Owner. Without exception, the return of

## 6.6 "Пробная Продажа" и Условия Возврата

Возвращение любой Продукции от Дистрибьютора или его клиента требует предварительного одобрения Поставщика. Все пробные продажи Продукции, которые время от времени может предложить Поставщик, должны быть направлены через Дистрибьютора

9

SPTK-000308

product must be received by Owner within the time specified and the promotion terms stated by Owner at the time of the purchase and delivery to the Distributor. It is the responsibility of the Distributor to become familiar with the Return Policy conditions stated within each "Trial Basis" promotion. Owner retains the right to change the terms of the Return Policy for each promotion.

обратно Поставщику. Без исключения, возвращенная Продукция должна быть получена Поставщиком в пределах определенного времени и согласно установленным Поставщиком условием пробной кампании, заявленным Поставщиком во время закупки и поставки Товара Дистрибьютором. Знание условий возврата, описанных с каждой пробной продажей, является ответственностью Дистрибьютора. Поставщик сохраняет право изменить условия возврата для каждой рекламной кампании.

## 7. DISTRIBUTOR OBLIGATIONS

## 7.ОБЯЗАННОСТИ ДИСТРИБЬЮТОРА

### 7.1 Distributor's Qualifications

### 7.1 Характеристики Дистрибьютора

The Distributor represents that it has the technical skill, qualified personnel, and sales facilities required to act as a Distributor of Owner's Products, and agrees to provide and maintain appropriate sales and customer support services in the Territory to represent Owner in the best way.

Дистрибьютор подтверждает, что имеет технические навыки, квалифицированный персонал и все условия для продажи, необходимые чтобы действовать в качестве дистрибьютора Продукции Поставщика, а также соглашается обеспечивать и поддерживать соответствующие продажи и предоставлять помощь клиентам в пределах Территории с целью представить Поставщика наилучшим образом.

### 7.2 Marketing Efforts

### 7.2 Действия по маркетингу

Distributor agrees to use its best efforts to promote the sale of the Products in the territory. Distributor agrees to permit Owner to review all Distributors' promotion and advertising material for the products prior to use. Distributor shall not use and shall withdraw and retract any promotion or advertising that Owner finds unsuitable, or

Дистрибьютор соглашается принимать все возможные меры с целью обеспечивать наилучшую продажу Продукции по Территории. Дистрибьютор соглашается разрешить Поставщику ознакомление со всеми рекламными кампаниями и материалами по Продукции до их использования. Дистрибьютор не должен

10

SPTK-000309

is in breach of the terms of this Agreement.

использовать, а напротив должен изъять и прекратить использовать те рекламные материалы, которые Поставщик считает неподходящими или же которые противоречат условиям данного Договора.

## 7.3 Reports of Customer Dissatisfaction

The Distributor shall immediately make known to Owner any customer dissatisfaction with the Product(s) or support service provided to customer/end – user under the terms of this Agreement. The Distributor shall also immediately furnish Owner with copies of all correspondence or other such documentation that relates in any way to customer dissatisfaction with Product(s) or customer services provided to customers under the terms of this Agreement.

## 7.3 Случаи жалоб Покупателя

Дистрибьютор должен немедленно сообщить Поставщику о любой неудовлетворенности покупателя Продукцией или организовать обслуживание, положенное покупателю в соответствии с данным Договором. Дистрибьютор должен также немедленно снабдить Поставщика копиями всей корреспонденции или другой подобной документации, которая имеет отношение к неудовлетворенности покупателя Продукцией или услугами, оказанными покупателю в соответствии с данным Договором.

## 7.4 Prohibited Practices

Distributor may not make any contacts or comments on behalf of Owner nor make any warranties or other representations regarding the Products other than those authorized herein or by Owner in a separate writing. The distributor will not remove or alter any copyright text or trademarks of Owner contained on any Owner Product or in any Owner promotional and sales literature without the prior written authorization of Owner.

## 7.4 Запрещенные Методы

Дистрибьютор не может устанавливать никаких контактов или делать комментарии от имени Поставщика, как не может и давать любые гарантии относительно Продукции, кроме как если это разрешено в Договоре либо Поставщиком в отдельном письменном соглашении. Дистрибьютор не в праве удалять либо изменять текст или торговые марки Поставщика, содержащиеся на любой Продукции Поставщика или в любой рекламной и торговой литературе без предварительного письменного согласия Поставщика.

11

SPTK-000310

## 8. OWNERSHIP AND PROPERTY RIGHTS

### 8.1 Ownership

Owner represents and warrants that it all has necessary rights in and to all copyrights, patents and other proprietary rights associated with the Products that are necessary to market, distribute and license the Products. Owner has unrestricted right and authority to enter into this Agreement and to grant the rights and licenses hereunder with respect to the Products.

### 8.2 Property Rights

Distributor acknowledges and agrees that the Products and all copies thereof constitute valuable trade secrets or proprietary and confidential information of Owner; that title thereto is and shall remain in Owner; and that all applicable copyrights, trade secrets, patents and other intellectual and property rights in the Products and all other items licensed hereunder are and shall remain in Owner. All other aspects of the Products and all other items licensed hereunder including Remains the sole and exclusive property of Owner and shall not be sold, revealed, disclosed or otherwise communicated, directly or indirectly, by Distributor to any person, company or institution whatsoever, other than for purpose set forth herein. It is expressly understood and agreed that no title to, or ownership of, the Owner's intellectual

## 8. СОБСТВЕННОСТЬ И ПРАВА СОБСТВЕННОСТИ

### 8.1 Собственность

Поставщик предоставляет и гарантирует необходимые права по отношению ко всем патентам и другим частным и авторским правам, связанными с Продукцией, которые являются необходимыми для продвижения, распределения и лицензирования Продукции на рынке. Поставщик имеет неограниченное право вступления в данный Договор и предоставления права и лицензии относительно Продукции.

### 8.2 Права Собственности

Дистрибьютор признает и соглашается с тем, что Продукция и все другие объекты, а также все копии этого составляют торговую коммерческую тайну и являются конфиденциальной информацией Поставщика; что название является и остается собственностью Поставщика; и что все применимые авторские права, торговые тайны, патенты и другие интеллектуальные права и права собственности на Продукцию и другие лицензированные объекты являются и впредь должны оставаться собственностью Поставщика. Все другие аспекты Продукции и других лицензированных объектов остаются исключительной собственностью Поставщика и не будут проданы, продемонстрированы, разглашены или же иным образом сообщены (напрямую или косвенно)

12

SPTK-000311

property rights, or any part thereof, is hereby transferred to Distributor.

Дистрибьютором любому человеку, компании или учреждению ни при каких условиях, кроме как со сформулированной в договоре целью. Оговорено, что никакое название, собственность, права на интеллектуальную собственность Поставщика или же любая часть вышеупомянутого не передаются Дистрибьютору.

### 8.3 Unauthorized Manufacturing

### 8.3 Неправомочное Производство

Distributor agrees that it will not manufacture, modify or reproduce the Products in any way, except as otherwise provided herein. However, Distributor is not responsible for the disclosure, use, and modification or manufacturing of the Products by its customers or any other third party intended to disclose, use, modify or manufacture the Products. Distributor agrees to notify owner immediately of any circumstances distributor has knowledge of relating to any unauthorized use or manufacturing of the Products by any person or entity not authorized to do so. Distributor allows Owner to take, at Owner's option and under Owner's control and discretion, any legal action necessary to prevent or stop the unauthorized use or manufacturing of the products by any third person or entity who or which has obtained the Products due, in substantial part, to the Distributor's chain of distribution. If the Distributor has actual or constructive knowledge of the unauthorized possession, use or knowledge of the Products or any other item or information furnished or made available to Distributor under this

Дистрибьютор соглашается, что он не будет изготовлять, изменять или воспроизводить Продукцию, кроме как по соглашению в договоре. Однако Дистрибьютор не ответственен за разглашение, использование и модификацию или производство Продукции своими клиентами или любым другим третьим лицом, намеренным разгласить информацию, использовать, изменить или изготовить Продукцию. Дистрибьютор обязуется немедленно уведомить Поставщика в том случае, если ему становится известно о неправомочном использовании или производстве Продукции любым неуполномоченным на это человеком или юридическим лицом. Поставщик позволяет Дистрибьютору предпринимать, по усмотрению и под контролем Поставщика, шаги, необходимые для предотвращения или прекращения неправомочного использования или производства Продукции любым третьим лицом или юридическим лицом, получившим Продукцию от Дистрибьютора. Если Дистрибьютор имеет фактическое или

13

SPTK-000312

Agreement by any third party or any Distributor customer and if the Distributor under this fails to properly notify Owner immediately of such possession use, or knowledge, the Distributor shall indemnify owner in respect to any loss suffered by Owner, and caused or contributed to whether directly or indirectly by such unauthorized reproduction, use, disclosure or improvement of the Product, and in respect to all legal costs incurred in connection therewith. All provisions of this section shall survive the termination of this agreement, whether by expiration or otherwise.

конструктивное знание, касающееся неправомочного владения, использования Продукции или любого другого объекта или информации, предоставленной или сделанной доступной Дистрибьютору, согласно этому Договору, третьим лицом или клиентом Дистрибьютора и если Дистрибьютор при этом будет не в состоянии должным образом уведомить Поставщика немедленно о подобном владении, знании либо использовании, то Дистрибьютор должен будет возместить Поставщику любые потери, напрямую или косвенно вызванные подобным неправомочным использованием, раскрытием либо усовершенствованием Продукции, а также все судебные издержки, понесенные по той же причине. Все условия данной секции Договора должны соблюдаться до срока истечения данного Договора либо же до срока прекращения его действия.

8.4 Protection of Products

8.4 Защита Продукции

Distributor agrees that all of the Products sold to Distributor hereunder will remain in their sealed packages, as provided by Owner to Distributor, until sold.

Дистрибьютор соглашается с тем, что Продукция, проданная Дистрибьютору, до момента продажи останется в той же упаковке, в которой она была предоставлена Поставщиком.

## 9. WARRANTY

## 9. ГАРАНТИЯ

Owner warrants that the Products are all fit for human consumption and conform to the standards mandated by the U.S food and Drug Administration and all other national

Поставщик гарантирует, что Продукция является пригодной для потребления и соответствует стандартам американского Управления по санитарному надзору за качеством пищевых продуктов и

SPTK-000313

and local authorities in the Distributor's Territory.

9.1 Disclaimer of Additional Warranties

**OTHER THAN THOSE WARRANTIES SET FORTH IN PARAGRAPH 9, OWNER SPECIFICALLY DISCLAIMS ALL WARRANTIES EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO DEFECTS, CONSUMPTION OF THE PRODUCTS, AND ANY PARTICULAR APPLICATION OR USE OF THE PRODUCTS. IN NO EVENT SHALL OWNER BE LIABLE FOR ANY LOSS OF PROFIT OR ANY OTHER COMMERCIAL DAMAGE, INCLUDING BUT NOT LIMITED TO SPECIAL, INCIDENTAL, CONSEQUENTIAL OR OTHER DAMAGES.**

**10. Confidentiality and property rights**

10.1 Confidentiality

Distributor acknowledges that in the course of dealings between the parties, Distributor may acquire information about Owner, its business activities and operations, its technical information and trade secrets,

медикаментов, а также всех других национальных и местных органов по Региону Лицензиата.

9.1 Правовая оговорка Дополнительных Гарантий

**КРОМЕ ГАРАНТИЙ, СФОРМУЛИРОВАННЫХ В ПУНКТЕ 9, ПОСТАВЩИК ОТКАЗЫВАЕТСЯ ОТ ВСЕХ ГАРАНТИЙ, ВКЛЮЧАЯ, НО, НЕ ОГРАНИЧИВАЯСЬ ГАРАНТИЯМИ СПРОСА И ПРИГОДНОСТИ ДЛЯ ОПРЕДЕЛЕННОЙ ЦЕЛИ ОТНОСИТЕЛЬНО ДЕФЕКТОВ, ПОТРЕБЛЕНИЯ ПРОДУКЦИИ, А ТАКЖЕ ЛЮБОГО ПРИМЕНЕНИЯ ЛИБО ИСПОЛЬЗОВАНИЯ ПРОДУКЦИИ. НИ ПРИ КАКИХ ОБСТОЯТЕЛЬСТВАХ ПОСТАВЩИК НЕ ОТВЕТСТВЕНЕН ЗА ЛЮБУЮ ПОТЕРЮ ПРИБЫЛИ ИЛИ ЛЮБЫЕ ДРУГИЕ УБЫТКИ, ВКЛЮЧАЯ, НО, НЕ ОГРАНИЧИВАЯСЬ СПЕЦИАЛЬНЫМИ, НЕПРЕДВИДЕННЫМИ ИЛИ ДРУГИМИ УБЫТКАМИ.**

**10. Конфиденциальность и права собственности**

10.1 Конфиденциальность

Дистрибьютор признает, что в ходе торговых связей между сторонами, Дистрибьютор может приобрести информацию о Поставщике, видах его деятельности и операциях, техническую информацию и торговые секреты,

15

SPTK-000314

including but not limit to the Products, all of which are highly confidential and proprietary to Owner (the "Confidential Information"). Confidential Information shall not include information generally available to or known by the public, or information independently developed outside the scope of this Agreement. Distributor shall hold all such Confidential Information in strict confidence and shall not reveal the same except pursuant to a court order or upon request of owner. The Confidential Information shall be safeguard with at least as great a degree of care as distributor uses to safeguard its own most confidential materials or data relating to its own business, but in no event less than a reasonable degree of care.

включая, но, не ограничиваясь Продукцией, являющейся конфиденциальной собственностью Поставщика ("Конфиденциальная Информация"). Конфиденциальная Информация не включает общедоступную или уже публично известную информацию. Дистрибьютор должен держать всю подобную Конфиденциальную Информацию под большим секретом и не должен ее разглашать, кроме как в соответствии с постановлением суда либо после запроса Поставщика. Конфиденциальная Информация должна охраняться, по крайней мере, столь же высокой степенью заботы, с которой Дистрибьютор использует для охраны своих собственных наиболее конфиденциальных материалов либо данных, касающихся его собственного бизнеса, но ни в коем случае меньше, чем адекватная степень заботы.

## 10.2 Specific Remedies

If Distributor commits a breach of any of the provisions of Section 10.1 above, Owner shall have, in addition to all other rights in law and equity, (a) the right to have such provision specifically enforced by any court having equity jurisdiction, it being acknowledged and agreed that any such breach will cause irreparable injury to Owner and that money damages will not provide an adequate remedy, and (b) the right to require Distributor to account for and pay to Owner all compensation, profits, monies or other tangible benefits (collectively "Benefits") derived or received

## 10.2 Особые Средства Защиты

Если Дистрибьютор нарушит любое из условий Пункта 10.1, то Поставщик должен иметь, в дополнение ко всем другим законным правам, (а) право предписать такое условие, определенное любым судом, имеющим юрисдикцию, которое бы признавало, что любое подобное нарушение нанесет непоправимый вред Поставщику и что денежные убытки не могут быть возмещены и (б) право требовать Дистрибьютора компенсировать Поставщику прибыль либо другие материальные выгоды (все вместе "Выгоды"), полученные в результате

16

as the result of any transactions constituting a breach of any of the provisions of this Article 10, and Distributor hereby agrees to account for and pay such benefits.

## 11. TERM AND TERMINATION

11.1 Term

This Agreement shall have a term of twenty five (25) years from the Effective Date.

11.2 Owner Termination

This Agreement may be terminated immediately by Owner under any of the following conditions:

(a) if Distributor shall be declared insolvent or bankrupt;

(b) if a petition if filed in any court to declare one of the parties bankrupt or for a reorganization under the Bankruptcy law or any similar statute and such petition is not dismissed in ninety (90) days or if a Trustee in Bankruptcy or a Receiver or similar entity is appointed for one of the parties;

(c) if Owner terminates any provisions of this Agreement for any other reason than stated in Agreement, Owner has to compensate Distributor for loss of profit equal to gross profit from previous year.

любых сделок, нарушающих любое из условий пункта 10 данного Договора, и Дистрибьютор тем самым соглашается отчитываться за подобные доходы и компенсировать их.

## 11. СРОК ДЕЙСТВИЯ

11.1 Срок действия

Данный Договор действителен в течение двадцати пяти (25) лет с даты его вступления в силу.

11.2 Расторжение Договора

Данный Договор может быть немедленно разорван Поставщиком при любом из следующих условий:

(а) если Дистрибьютор объявлен банкротом или уже банкрот;

(б) если ходатайство о банкротстве одной из Сторон подано в какой-либо суд согласно Законодательству о банкротстве или же другому подобному уставу и в случае, если данное ходатайство не удовлетворено через девяносто (90) дней или если Опекун, Приемник или другое подобное юридическое лицо назначено для одной из Сторон;

(в) если Поставщик разрывает условия данного Договора по любой причине не указанной в данном договоре, то Поставщик обязан возместить Дистрибьютору сумму дохода от продаваемой продукции, равной сумме дохода за предыдущий год.

17

SPTK-000316

11.3 Duties Upon Termination

Upon termination of this Agreement for any reason, the parties agree to continue their cooperation in order to effect an orderly termination of their relationship. Distributor shall immediately cease representing itself as a distributor of the Products for Owner; however, distributor may continue to market and distribute its inventories of the Products for a period not in excess of two (2) years. At the end of such period, Distributor shall return all copies of promotional materials, marketing literature, written information and reports pertaining to the Products that have been supplied by Owner.

## 12. INDEMNIFICATION

12.1     Intellectual     Property     Rights Indemnification

Owner shall indemnify, defend and hold distributor harmless from any claims, demands, liabilities or expenses, including reasonable attorney's fees, directly resulting from any infringement or violation of any intellectual property rights with respect to the Products, as so awarded against Distributor by a court of competent jurisdiction, and provided Distributor is not in breach of this Agreement. Following a decision by court of competent jurisdiction that the Products infringe any third party's

11.3     Обязанности     Сторон     после Расторжения Договора

После расторжения данного Договора по любой причине стороны соглашаются продолжать сотрудничество, чтобы должным образом завершить свои отношения. Дистрибьютор должен немедленно прекратить представлять себя в качестве дистрибьютора Продукции для Поставщика; однако, Дистрибьютор может продолжить продавать остатки Продукции в течение периода, не превышающего двух (2) лет. По истечении данного периода Дистрибьютор должен возвратить все копии рекламных материалов, маркетинговой литературы, а также письменную информацию, имеющую отношение к Продукции, который поставлялся Поставщиком.

## 12. КОМПЕНСАЦИЯ

12.1 Компенсация Прав Интеллектуальной собственности

Поставщик должен возместить, защитить и оберегать Дистрибьютора от требований, долгов или расходов, включая необходимые судебные издержки, понесенные из-за любого нарушения или нарушения любых прав интеллектуальной собственности в отношении Продукции при условии, что Дистрибьютор не действует в противоречии с данным Договором. Следовать решению суда компетентной юрисдикции о том, что Продукция нарушает право интеллектуальной собственности любого

18

SPTK-000317

intellectual property right, Owner shall, in its sole discretion:

(a) procure for Distributor the right to continue to use, distribute and sell the Products at no additional expense to Distributor;

(b) provide Distributor with a non-infringing, substantially similar version of the Products; or
(c) notify distributor that the Products are being withdrawn from the market

12.2 Cooperation by Distributor

Notwithstanding Section 12.1 of this Agreement, Owner is under no obligation to indemnify and hold Distributor harmless unless:

(a) Owner shall have been promptly notified of the suit or claim by Distributor and furnished by Distributor with a copy of each communication, notice or other action relating to said claim;

(b) Owner shall have the right to assume sole authority to conduct the trial or settlement of such claim or any negotiations related thereto at Owner's expense; and

(c) Distributor shall provide reasonable information and assistance requested by Owner in connection with such claim or suit.

третьего лица, Поставщик будет, по собственному усмотрению:

(а) обеспечивать для Дистрибьютора право продолжить использовать и продавать Продукцию без каких-либо дополнительных расходов со стороны Дистрибьютора;

(б) предоставить Дистрибьютору идентичную версию Продукции; или

(в) уведомить Дистрибьютора, что Продукция изымается с рынка

12.2 Обязанности Дистрибьютора

Несмотря на Пункт 12.1 данного Договора, Поставщик не несет никаких обязательств по защите Дистрибьютора в случае невыполнения им следующего:

(а) Поставщик должен быть оперативно уведомлен об иске или требовании Дистрибьютора и снабжен Дистрибьютором копиями всех корреспонденций, имеющих отношение к высказанной жалобе или требованию,

(б) Поставщик должен иметь право провести проверку подобного иска или же проверку любых переговоров, имеющих отношение к расходам Поставщика; и

(в) Дистрибьютор должен предоставить соответствующую информацию и помощь, которую потребует Поставщик в связи с полученным иском.

19

SPTK-000318

12.3 Distributor Indemnification

Distributor shall indemnify, defend and hold Owner harmless from any claims, demands, liabilities or expenses, including reasonable attorney's fees, incurred by Owner as a result of any claim or proceeding against Owner arising out of or based upon (i) the use of the Products not supplied or approved in writing by Owner, if such infringement would have been avoided but for such use or (ii) the modification of the Products by distributor.

## 13. FORECASTS OF EXPECTED ORDERS

The Distributor agrees to furnish Owner with monthly reports indicating its best forecast of future purchase orders on request.

## 14. INSURANCE

The distributor agrees to carry broad coverage accident and liability insurance in amount not less than one million dollars ($1,000,000) per occurrence, and to make copies of such
policies available to Owner on request. At Owner's request Distributor must name Owner an insured under such policy, if necessary to protect Owner's interest.

12.3 Компенсация Дистрибьютора

Дистрибьютор должен защищать от любых требований, долгов или расходов, включая судебные издержки, понесенные Поставщиком в результате любого подобного требования или уголовного дела против Поставщика, заведенного по причине или базированное на (i) использовании Продукции, полученной не от Поставщика или же не одобренной в письменной форме Поставщиком, если такого нарушения можно было бы избежать, если бы не подобное использование или (ii) модификации Продукции Дистрибьютором.

## 13. ПРОГНОЗ ЗАКАЗОВ

Дистрибьютор соглашается снабжать Поставщика ежемесячными отчетами с наиболее точным прогнозом своих будущих заказов.

## 14. СТРАХОВКА

Дистрибьютор соглашается нести расходы по страхованию от несчастных случаев и страхованию гражданской ответственности в размере не менее чем один миллион долларов (1 000 000 $) за случай, а также сделать копии данного страхового полиса, доступные для Поставщика по его требованию. По запросу Поставщика, Дистрибьютор должен вписать Поставщика в страховой полис в случае необходимости защищать интересы Поставщика.

20

SPTK-000319

## 15. GENERAL

15.1 Force Majeure

Neither party shall be liable or seemed to be in default for any delay or failure in performance under this Agreement or interruption of services resulting directly or indirectly from acts of god, or any causes beyond the reasonable control of such party.

15.2 Jurisdiction and Venue

Any dispute hereunder shall that can't be amicably resolved by the parties shall be finally settled by arbitration under the rules and auspices of the American Arbitration Association in New York City. This Agreement shall be governed and constructed in accordance with the laws of the State of New York.

15.3 Entire Agreement

This Agreement, including the Appendices attached hereto, constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all previous proposals, both oral and written, negotiations, representations, commitments, writings and all other communications between the parties. This Agreement may not be modified except by a writing signed by a duly authorized

## 15. ОБЩЕЕ

15.1 Форс - мажор

Ни одна из сторон не несет ответственность за любую задержку и отказ действовать согласно данному Договору или за прерывание выполнения услуг, произошедшие в результате непредвиденных или каких-либо других причин вне разумного контроля данной стороны.

15.2 Юрисдикция и судебный округ

Любой спор, который не может быть разрешен сторонами, будет решен в арбитражном порядке, согласно правилам американской Арбитражной Ассоциации в Нью-Йорке. Данное Соглашение строится и рассматривается в соответствии с законами штата Нью-Йорк.

15.3 Договор

Данный Договор, включая Приложения, является полным соглашением между сторонами относительно данного вопроса и заменяет все предыдущие предложения, сделанные как в устной, так и в письменной форме, переговоры, взаимные обязательства, письма и все другие акты взаимодействия сторон. Данный Договор не может быть изменен, кроме как в письменном виде и подписанным авторитетными представителями каждой

21

SPTK-000320

representative of each of the parties.

Any ambiguity or inconsistency between the Russian and English versions of this Agreement shall be resolved by giving precedence to English version over the Russian one.

из сторон.

В случае противоречия между русским и английскими текстами этого Договора, преимущество отдается английскому тексту Договора.

15.4 Independent Contractors

15.4 Независимость контрактодержателей

It is expressly agreed that Owner and Distributor are acting hereunder as independent contractors and under no circumstances shall any of the employees of one party be deemed the employees of the other for any purpose.  This Agreement shall not be constructed as authority for either party to act for the other party in any agency or other capacity or to make commitments of any kind for the account of or on behalf of the other except to the extent and for the purpose provided for herein. Distributor agrees that it is not a partner, broker, employee or franchise of Owner

Согласовано, что Поставщик и Дистрибьютор действуют как независимые контрактодержатели, и ни один из служащих одной стороны не может считаться служащим другой. Данный Договор не должен быть построен таким образом, чтобы одна сторона получала право действовать за другую сторону в любом агентстве или давать обязательства любого рода от имени другой стороны, кроме как до определенной степени и с целью, предусмотренной в данном Договоре. Дистрибьютор соглашается с тем, что он не является партнером, брокером либо служащим Поставщика.

15.5 Assignment

15.5 Согласие

This Agreement is not assignable by either party hereto without the consent of the other, Except that this agreement shall be assignable by Owner to an affiliate entity or upon the sale of the right to license and sublicense the Products to the purchaser of said right. This Agreement shall be binding upon an inure to the benefit of the parties and their respective successors.

Данный Договор не может быть кому-либо предоставлен одной из сторон без согласия другой, за исключением ситуации, если данный Договор предоставляется Поставщиком юридическому лицу или же после продажи прав на лицензирование и сублицензирование Продукции покупателю вышеописанного права. Данный Договор должен юридически связывать стороны с целью получения выгоды ими, а также их приемниками.

22

SPTK-000321

15.6 Severability and Waiver

If any provision of this Agreement is determined by a court of competent jurisdiction or arbitration to be invalid or unenforceable, such determination shall not affect the validity or enforceability of any other part or provision of this Agreement. No waiver by any party of any breach of any provisions hereof shall constitute a waiver unless made in writing signed by the party.

15.7 Attorneys' Fees

In any action between the parties to enforce any of the terms of this Agreement, the prevailing party shall be entitled to recover expenses, including reasonable attorneys' fees.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement by a duly authorized representative as of the date set forth above.

15.6 Делимость договора и Отказ

Если какое-либо из условий данного Договора будет, признано недействительным или не имеющим законной силы судом компетентной юрисдикции или арбитражем, то подобное решение не должно затрагивать законность или законную силу любой другой части данного Договора. Никакой отказ любой из сторон не возможен без письменного его за свидетельствования.

15.7 Судебные издержки

В случае любого действия между сторонами, нарушающего условия данного Договора, превалирующая сторона должна иметь право возместить свои расходы, включая также судебные издержки.

Как свидетельство вышесказанного, стороны заключили данный Договор, вступающий в силу с момента его подписания авторитетными представителями сторон.

23

SPTK-000322

**OWNER:** 

**DISTRIBUTOR:** 

Desly International Corp.

By:_____

Title:_____

**ПОСТАВЩИК:** 

By:_____

Title:_____

Должность:_____

**ДИСТРИБЬЮТОР:** 

Desly International Corp.

Должность:_____

_____    _____

24

SPTK-000323